Argued and submitted July 21, reversed and remanded with instructions
October 18, 1995

## STATE OF OREGON,
*Respondent,*

*v.*

## LEO GEORGE KRAMER,
*Appellant.*

(DCR9313189; CA A83409)

903 P2d 420

Andy Simrin, Deputy Public Defender, argued the cause for appellant. With him on the briefs was Sally L. Avera, Public Defender.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. On the brief were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and David Leith, Assistant Attorney General. With him on the supplemental brief were Theodore Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded with instructions to vacate judgment of conviction and dismiss the accusatory instrument. *State v. Rudder/Webb*, 137 Or App 43, 903 P2d 393 (1995).